

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| GERARDO OGAZ, | § | No. 08-19-00137-CR |
| Appellant, | § | Appeal from |
| v. | § | 394th District Court |
| THE STATE OF TEXAS, | § | of Culberson County, Texas |
| State. | § | (TC# 1789) |
| | § | |

**O R D E R**

The Court GRANTS the Pro Se's third motion for extension of time within which to file the brief until **May 25, 2020**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE PRO SE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Gerardo Ogaz, pro se, prepare the Pro Se brief and forward the same to this Court on or before May 25, 2020.

IT IS SO ORDERED this 26th day of March, 2019.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.